# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:01-cr-00220-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PEDRO SOSA-SAUCEDA, | ) | |
| Defendant. | ) | |

THE MATTER is before the Court *sua sponte* as to the resentencing of Defendant for his supervised release violation. The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of Defendant for resentencing before the Honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina, by March 31, 2008, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

A copy of this Order shall be transmitted electronically to Defense Counsel, the United States, the United States Marshals Service, Bureau of Prisons, and the United States Probation Office.

IT IS SO ORDERED.

Signed: February 21, 2008

Frank D. Whitney
United States District Judge